# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-16922-ELF

NADENE D. HUNTER

7371 RUGBY ST.

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NADENE D. HUNTER

7371 RUGBY ST.

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1216
PHILADELPHIA, PA 19102-

Date: 2/27/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee