UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Nadene Hunter                     :       Chapter 13
Debtor                               :

                                     :       Case No. 19-16922 elf

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

     Nadene Hunter has filed an objection to the proof of claim you filed in this bankruptcy case, Claim No. 1-1.

     **Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

     If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be heard before the Honorable Eric l. Frank on June 23, 2020 at 1:00 p.m., United States Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA  19107-4298.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  May 18, 2020                                            **/s/ Michael P. Kutzer**
                                                                Michael P. Kutzer, Esquire
                                                                 1420 Walnut Street, Suite 800
                                                                 Philadelphia, PA  19102
                                                                 (215) 687-6370
                                                                 Attorney for the Debtor