**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      NADINE D. HUNTER,      :      Chapter 13
    :
         Debtor      :      Bky. No. 19-16922ELF

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **May 19, 2020,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before May 26, 2020**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

**Date: May 20, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**