```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-16922-elf
Nadene D. Hunter                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: SaraR              Page 1 of 1              Date Rcvd: May 20, 2020
                              Form ID: pdf900          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
```
db             +Nadene D. Hunter,    7371 Rugby St.,    Philadelphia, PA 19138-1236
aty            +MARIA TSAGARIS,    McCalla Raymer LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
cr             +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Dept,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
```
              MICHAEL P. KUTZER    on behalf of Debtor Nadene D. Hunter mpkutzer1@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     NADINE D. HUNTER,     :     Chapter 13
           :
           Debtor     :     Bky. No. 19-16922ELF

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **May 19, 2020,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before May 26, 2020**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  May 20, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**