**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:	Case No. 19-16922-abc
	Chapter 13

Nadene D. Hunter

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:	*/s/ Daniel P. Jones, Esquire*
	Daniel P. Jones, Esquire,
	Bar No: 321876
	Stern & Eisenberg, PC
	1581 Main Street, Suite 200
	The Shops at Valley Square
	Warrington, PA 18976
	Phone: (215) 572-8111
	Fax: (215) 572-5025
	djones@sterneisenberg.com
	Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 10th day of July, 2020, to the following:

Michael P. Kutzer
1420 Walnut Street
Suite 1216
Philadelphia, PA 19102-4012
mpkutzer1@gmail.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Nadene D. Hunter
7371 Rugby St.
Philadelphia, PA 19138

*Debtor(s)*

                                                By:     */s/Daniel P. Jones, Esquire*