UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Nadene Hunter                                :         Chapter 13
Debtor                                        :

                                                 :         Case No. 19-16922 elf

_____

**CERTIFICATION OF SERVICE**

    I hereby certify that true and correct copies of the foregoing Fourth Amended Plan has been served upon all secured creditors, all unsecured creditors and the U.S. Trustee on August 9, 2020 by first class and electronic mail.

1
U.S. Department of HUD
The Wanamaker Building, 11th Floor
100 Penn Square East
Philadelphia, PA 19107−3380
Tamara.nicholas@novadconsulting.com

2
Capital One Bank (USA), N.A. by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118
POC_AIS@americaninfosource.com

3
Capital One Bank (USA), N.A. by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118
POC_AIS@americaninfosource.com

4
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
askbk@resurgent.com

5
  Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
askbk@resurgent.com

6
Webcollex LLC D/B/A CKS Financial
PO Box 2856
Chesapeake, VA 23327−2332
Bankruptcy@CKSFin.com

7
PNC Bank National Association
PO Box 94982
Cleveland OH 44101

8
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602
askbk@resurgent.com

9
**REBECCA ANN SOLARZ**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Wilmington Saving Fund
bkgroup@kmllawgroup.com

10, 11
Hyundai Lease Titling Trust
PO Box 20825
Fountain Valley CA 92728
800-570-3037
keiko.Jackson@hcs.com

12
**WATER REVENUE BUREAU**
**Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor**
**Pamela Elchert Thurmond**
**Philadelphia PA 19102-1595**
**Pamela.Thurmond@Phila.gov**

**United States Trustee**
Dave P. Adams
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

BY: /s/ Michael P. Kutzer/
Michael P. Kutzer, Esquire
1420 Walnut Street Ste 1216
Philadelphia, PA 19102
215-687-6370