UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    NADENE HUNTER                    Chapter 13
      Debtor                                  :

    LISA HUNTER
      Non-Filing Co-Debtor
                                    :    Bk. No. 19-16922 elf

**PRAECIPE TO WITHDRAW ANSWER**

The Debtor, Nadene Hunter, by and through her counsel, Michael P. Kutzer, respectfully request the Clerk of the Court to withdraw her answer, (Document No. 59), to the Motion for Relief filed by Wilmington Trust, et al. The Debtor does not offer a defense to the Motion .

September 15, 2020                  /s/ Michael P. Kutzer
                                            Michael P. Kutzer
                                            Attorney at Law
                                            1420 Walnut Street, Suite 1216
                                            Philadelphia, PA   19102
                                            215-687-6370
                                            Counsel for the Debtor