# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| In Re: | |
|---|---|
| Nadene D. Hunter<br>Debtor | Chapter 13 |
| Lisa Hunter<br>Non-Filing Co-Debtor | Case Number: 19-16922-ELF |

## ORDER

AND NOW, this __15th__ day of __September__, 2020, upon the motion of Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I ("WSFS"), and withdrawal of Debtor's Answer thereto, it is **ORDERED** that Movant, WSFS (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"): 7371 RUGBY ST, PHILADELPHIA, PA 19138.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**