United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-16922-elf
Nadene D. Hunter                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Sep 16, 2020
                             Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db              +Nadene D. Hunter,   7371 Rugby St.,   Philadelphia, PA 19138-1236
aty             +MARIA TSAGARIS,   McCalla Raymer LLC,   1544 Old Alabama Road,   Roswell, GA 30076-2102
cr              +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Dept,
                  1544 Old Alabama Road,   Roswell, GA 30076-2102
cr              +Wilmington Savings Fund Society et al.,   c/o Stern & Eisenberg, PC,   1581 Main Street,
                  Suite 200,   The Shops at Valley Square,   Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
          DANIEL P. JONES   on behalf of Creditor   Wilmington Savings Fund Society dba Christiana Trust,
           not individually, but solely as Trustee for NYMT Loan Trust I djones@sterneisenberg.com,
           bkecf@sterneisenberg.com
          DANIEL P. JONES   on behalf of Creditor   Wilmington Savings Fund Society et al.
           djones@sterneisenberg.com,  bkecf@sterneisenberg.com
          MICHAEL P. KUTZER   on behalf of Debtor Nadene D. Hunter mpkutzer9@gmail.com,  mpkutzer1@gmail.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society dba Christiana Trust,
           not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| In Re:<br><br>    Nadene D. Hunter<br>        Debtor<br>    Lisa Hunter<br>        Non-Filing Co-Debtor | Chapter 13<br><br>Case Number: 19-16922-ELF |

<u>**ORDER**</u>

AND NOW, this  ____15th____  day of  _____September_____ , 2020, upon the motion of Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I ("WSFS"), and withdrawal of Debtor's Answer thereto, it is **ORDERED**  that Movant, WSFS (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"): 7371 RUGBY ST, PHILADELPHIA, PA 19138.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**