United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-16922-elf
Nadene D. Hunter                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa              Page 1 of 2            Date Rcvd: Sep 16, 2020
                            Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
```
db            +Nadene D. Hunter,    7371 Rugby St.,    Philadelphia, PA 19138-1236
aty           +MARIA TSAGARIS,    McCalla Raymer LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
cr            +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Dept,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
cr            +Wilmington Savings Fund Society et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14416181      +BSI Financial Services,    314 S Franklin St.,    P.O. Box 517,
                Titusville, Pennsylvania 16354-0517
14431223       Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
14450706      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14416182      +KIA Motor Finance,    PO Box 20825,    Fountain Valley, California 92728-0825
14519233      +NYMT Loan Trust I,    c/o Daniel P. Jones, Esquire,    Stern & Eisenberg, PC,
                1581 Main Street, Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14416184      +PGW,    800 West Montgomery Avenue,    Philadelphia, Pennsylvania 19122-2806
14446365      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14441953      +Webcollex LLC D/B/A CKS Financial,    PO Box 2856,    Chesapeake, VA 23327-2856
14454969      +Wilmington Savings Fund Society dba Christiana Tru,    C/O KML Law Group,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14519151      +Wilmington Savings Fund Society, et al.,    c/o Fay Servicing, LLC,
                425 S. Financial Place, Suite 2000,    Chicago, IL 60605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:17     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:33
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14482020       E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:17     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14426554      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2020 05:32:59
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14427337       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 05:21:25      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14416183      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 17 2020 05:21:05     PECO,    2301 Market St.,
                Philadelphia, Pennsylvania 19103-1380
14448627      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 05:21:45      PYOD, LLC,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14418049       E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Sep 17 2020 05:21:18
                U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
                100 Penn Square East,    Philadelphia, PA 19107-3380
14416185       E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:16     Water Revenue Bureau,
                1401 JFK Boulevard,    Philadelphia, Pennsylvania 19102-1663
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14416187*     +BSI Financial Services,    314 S Franklin St.,    P.O. Box 517,
                Titusville, Pennsylvania 16354-0517
14416188*     +KIA Motor Finance,    PO Box 20825,    Fountain Valley, California 92728-0825
14416189*     +PECO,    2301 Market St.,    Philadelphia, Pennsylvania 19103-1380
14416190*     +PGW,    800 West Montgomery Avenue,    Philadelphia, Pennsylvania 19122-2806
14416191*      Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, Pennsylvania 19102-1663
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                              Signature: /s/Joseph Speetjens

```
District/off: 0313-2            User: Lisa                   Page 2 of 2                  Date Rcvd: Sep 16, 2020
                                Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              DANIEL P. JONES    on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    Wilmington Savings Fund Society et al.
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              MICHAEL P. KUTZER    on behalf of Debtor Nadene D. Hunter mpkutzer9@gmail.com, mpkutzer1@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NADENE D. HUNTER, | : | |
| Debtor | : | Bky. No. 19-16922 ELF |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: September 16, 2020

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE