UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Nadene D. Hunter                      :        Chapter 13
Debtor                                      :

                                          :        Case No. 19-16922 elf

_____

**CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 20 days have elapsed from the date of service of the Notice of Filing of an Application for Allowance of Counsel Fees and that no creditor or any other party of interest has served upon counsel for debtor an answer, objection, responsive pleading or request for hearing. The Undersigned Counsel certifies more than thirty days have elapsed since the filing of the Order Setting a Deadline for filing Applications for Compensation and no Applications have been filed in this case other than the Application for Compensation filed by Michael P. Kutzer, Debtor's Counsel.   Counsel requests an entry of an Order granting the said Application.

                                                                          **BY:** /s/ Michael P. Kutzer
                                                                          **Michael P. Kutzer, ESQ.**
                                                                          1420 Walnut St. Suite 800
                                                                          Philadelphia, PA. 19102
                                                                          (215) 687-6370
                                                                          (215) 689-1959 fax

November 19, 2020