**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    NADENE D. HUNTER, | : | |
|        Debtor | : | |
| | : | Bky. No. 19-16922 ELF |

# O R D E R

**AND NOW**, **WHEREAS**:

A.  The Debtor's counsel ("the Applicant") has filed an Application for Allowance of Compensation ("the Application").

B.  The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.  The Applicant requests that pre-confirmation plan payments held by the chapter 13 trustee be distributed to the Applicant.

D.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

E.  The Debtor paid the Applicant **$900.00** in compensation before the commencement of the case.

F.  Reasonable and allowable compensation is equal to or exceeds the sum of the pre-petition retainer and the amount of money presently held by the chapter 13 trustee **(i.e., $2,307.81 )**.

It is therefore, **ORDERED** and **DETERMINED** that:

1.  The Application is **GRANTED**.

2.  Compensation is allowed in favor of the Applicant, but it is unnecessary for the court to determine that the requested compensation be allowed in a specific amount.

3.  The Chapter 13 Trustee is authorized and directed to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

**Date: November 24, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE